1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES M. WOODY** ) | Case No. CIV-07-2569 CMK |
| xxx-xx-5016 ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 4, 2008, to July 18, 2008. This is Plaintiff's first extension and is required due to Plaintiff's counsel's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: June 3, 2008 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 5, 2008 | McGregor W. Scott <br> United States Attorney <br> /s/   Elizabeth  Firer <br> ELIZABETH FIRER <br> Special Assistant U.S. Attorney <br> Social Security Administration <br> Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 11, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2