1  McGREGOR W. SCOTT
United States Attorney
2  LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3  Social Security Administration
ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES M. WOODY,            ) | CIVIL NO. 2:07-CV-02569-CMK |
|         Plaintiff,         ) | |
|             v.             ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,         ) | |
| Commissioner of            ) | |
| Social Security,           ) | |
|         Defendant.         ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including October 9, 2008, to respond to Plaintiff's motion for summary judgment. The undersigned counsel for the Commissioner was out of the office from August 7 through the 25 on long-scheduled leave. Upon her return, she has had filings due in twelve different cases between the 26th of August and the 12th of September including a Ninth Circuit fee opposition. Counsel has attempted to manage this work load with minimal extension requests, but she has not been able to complete this brief within the original time frame. As a result of this work load, counsel needs an additional thirty days to respond to Plaintiff's Opening Brief. The current due date is September 9, 2008, the new due date will be October 9, 2008**.**

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

             Respectfully submitted,

Dated: September 9, 2008      /s/ *Bess Brewer*
             (As authorized via email)
             BESS BREWER
             Attorney for Plaintiff

Dated: September 9, 2008      McGREGOR W. SCOTT
             United States Attorney
             LUCILLE GONZALES MEIS
             Regional Chief Counsel, Region IX
             Social Security Administration

             /s/ *Elizabeth Firer*
             ELIZABETH FIRER
             Special Assistant U.S. Attorney

             Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: September 12, 2008

             _____
             **CRAIG M. KELLISON**
             UNITED STATES MAGISTRATE JUDGE