McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES M. WOODY, ) | CIVIL NO. 2:07-CV-02569-CMK |
|     Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days, up to and including November 10, 2008 (day 30 falls on a Sunday), to respond to Plaintiff's motion for summary judgment. Defendant's counsel originally assigned to this case had filings due in 27 cases between September 1 and October 10, 2008, including seven briefs due the week of October 6. Due to this back up of due dates, this matter is being reassigned to another attorney who needs additional time to complete the Commissioner's brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

|     |     |     |
| --- | --- | --- |
|     |     | Respectfully submitted, |
| Dated: October 6, 2008 |     | /s/ *Bess Brewer*<br>(As authorized via email)<br>BESS BREWER<br>Attorney for Plaintiff |
| Dated: October 6, 2008 |     | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|     |     | /s/ *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
|     |     | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

DATED: October 8, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE