McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: donna.w.anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WOODY, ) ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) ) Defendant. ) _____) | CASE NO. 2:07-CV-02569-CMK  **ORDER TO REMAND** |

Pursuant to the Stipulation for Remand between the parties, and good cause appearing,

IT IS ORDERED that this matter is hereby remanded to the Commissioner for further administrative action pursuant to sentence 4 of the Social Security Act, 42 U.S.C. § 405(g).

IT IS ORDERED that upon remand the Administrative Law Judge ("ALJ") should: (1) evaluate Plaintiff's mental impairments pursuant to 20 C.F.R. §§ 404.1520a, 416.920a (2008); (2) evaluate the written testimony from lay witness Ritta Ratta pursuant to 20 C.F.R.

//

//

//

//

§§ 404.1529, 416.929 (2008); and (3) re-evaluate Plaintiff's residual functional capacity pursuant to 20 C.F.R §§ 404.1545(2), 416.945(2) (2008).

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment accordingly.

DATED: December 1, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE